2009R01365
EWM/gr

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br>v.<br><br>ISAIAS POUERIET<br>a/k/a "PITO"<br><br>*Defendant.* | Hon. Dickinson R. Debevoise, U.S.D.J.<br><br>Criminal No. 12-38 (DRD)<br><br>FINAL ORDER OF FORFEITURE |

**WHEREAS**, on January 19, 2012, the United States filed an Information against defendant Isaias Poueriet a/k/a "Pito" (hereinafter "Defendant") charging him with knowingly and intentionally conspiring to distribute and possess with intent to distribute 28 grams or more of cocaine base, that is, "crack" cocaine, contrary to 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), in violation of 21 U.S.C. § 846; and

**WHEREAS**, on January 19, 2012, the Defendant pled guilty to the Information; and

**WHEREAS**, on January 19, 2012, the United States and the Defendant entered into a Plea Agreement whereby the Defendant agreed to forfeit one 2001 Ford F150 Pick-up truck, VIN:1FTRW08L11KE13698 (the "Property") to the United States and acknowledged that the Property was used or intended to be used, in any manner or part, to commit or to facilitate his commission of a violation of 21 U.S.C. § 846, and therefore is subject to forfeiture to the United States pursuant to 21 U.S.C. § 853; and

**WHEREAS**, on January 19, 2012 a Consent Judgment and Preliminary Order of Forfeiture was entered between the United States and Defendant

pursuant to the terms of the Plea Agreement, under which he agreed to the forfeiture of one 2001 Ford F150 Pick-up truck, VIN:1FTRW08L11KE13698; and

**WHEREAS**, pursuant to 21 U.S.C. § 853(n)(1), a Notice of Forfeiture with respect to the Property was posted on an official government internet site, namely www.forfeiture.gov, beginning on February 7, 2012, and running for thirty consecutive days through March 7, 2012 (*See* Declaration of Eric Moran with Exhibits, Exhibit A, hereinafter "Moran Decl." filed herein); and

**WHEREAS**, no claims have been filed on the Property within the time permitted; and

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

**THAT** a Final Order of Forfeiture is entered against one 2001 Ford F150 Pick-up truck, VIN:1FTRW08L11KE13698, and no right, title or interest in the Property shall exist in any other party; and

**THAT** any and all forfeited funds, including but not limited to currency, currency equivalents, and certificates of deposits, as well as any income derived as a result of the United States Marshals Service's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Marshals Service into the Department of Justice Asset Forfeiture Fund, in accordance with the law; and

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e) and 21 U.S.C. § 853(p); and

The Clerk is hereby directed to send copies to all counsel of record.

**ORDERED** this 10th day of August, 2012.

_____
HON. DICKINSON R. DEBEVOISE, U.S.D.J.
United States District Judge